SARAH V. KINNEY, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.